LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899


August 11, 2023

Hon. Laura Taylor Swain
Chief Judge
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

## MEMO ENDORSED

Re: United States v. Elvio Toribio,
     23 Cr. 279(LTS)

Your Honor:

    I write to ask that the Court schedule a bail hearing on the above case. I understand that September 12, 2023 at noon is a date and time convenient to the Court.
    Therefore, I request that the Court set a bail hearing for that date.

    Respectfully,
    *Lisa Scolari*
    Lisa Scolari

A bail hearing in this case is hereby scheduled to proceed on September 12, 2023, at 12:00 pm in Courtroom 17C. Any government submission must be filed, and the transcript of the bail hearing in Magistrates Court provided to Chambers, by September 8, 2023. This resolves docket entry no. 71.

SO ORDERED.

8/14/23
/s/ Laura Taylor Swain, Chief USDJ