**LISA SCOLARI**
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

January 31, 2024

Hon. Laura Taylor Swain
Chief Judge
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Elvio Toribio,
23 Cr. 279(LTS)

Your Honor:

     I write to request a temporary bond modification so that Mr. Toribio can accompany his girlfriend to a medical procedure in Manhattan on Saturday morning, February 3, 2024. She is one of his co-signers and needs someone to take her home after the procedure. Mr. Toribio is currently on home detention and only permitted to leave home for limited pre-approved purposes.

     Pretrial Officer Ashley Cosme consents to this request and the government by Ni Qian, Esq., defers to pretrial.

     If the Court grants this request, Mr. Toribio will advise pretrial of the specific hours he needs to be out of his home and the location of the procedure.

                                  Respectfully,
                                  *Lisa Scolari*
                                  Lisa Scolari

The foregoing request is granted.
DE no. 121 resolved.
SO ORDERED:

/s/ Laura Taylor Swain
_____
HON. LAURA TAYLOR SWAIN
January 31, 2024