LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

February 15, 2024

Hon. Laura Taylor Swain
Chief Judge
United States District Court
500 Pearl St.
New York, N.Y. 10007
*via ECF*

**MEMO ENDORSED**

Re: United States v. Elvio Toribio,
23 Cr. 279(LTS)

Your Honor:

    I write to request Court authorization for Mr. Toribio to work a full-time job during overnight hours. Mr. Toribio is on home detention with electronic monitoring and the terms of his bond permit him to work. His pretrial officer, Ashley Cosme, consents to Mr. Toribio working at the job in question and has advised that the pretrial office will be able to monitor him during his overnight work hours. Ms. Cosme has asked that I seek Court approval for Mr. Toribio to work at job he has obtained because of the overnight hours.
    The government, by Ni Qian, Esq., defers to pretrial on this request.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The foregoing request is granted. DE 125 resolved.

SO ORDERED:
2/16/2024

/s/ Laura Taylor Swain, USDJ
_____
HON. LAURA TAYLOR SWAIN