

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 8, 2024

Hon. Stewart D. Aaron
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

    Re:  United States v. Elvio Toribio, S3 23 Cr. 279 (LTS)

Dear Judge Aaron:

On June 5, 2024, defendant Elvio Toribio pled guilty to the S3 Information in the above-captioned case. The Government writes to respectfully request that the S3 Information be unsealed.

                         Respectfully submitted,

                         DAMIAN WILLIAMS
                         United States Attorney

           By:   /s/
                Jim Ligtenberg
                Ni Qian
                Assistant United States Attorneys
                (212) 637-2665 / 2364

SO ORDERED:

*/s/ Stewart D. Aaron*
_____
Hon. Stewart D. Aaron
United States Magistrate Judge
Dated: 7/9/2024