# MEMO ENDORSED

LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

December 19, 2024

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
New York, New York 10007
via ECF

**Re: United States v. Elvio Toribio**,
23 Cr. 279 (LTS)

Your Honor:

I write with the consent of the government, by James Ligtenberg, Esq., to request that the Court direct the Pretrial Services Office to return Mr. Toribio's passport to him.

Respectfully,
*Lisa Scolari*
Lisa Scolari

The foregoing request is granted. DE 246 resolved.
SO ORDERED:
12/20/2024
/s/ Laura Taylor Swain, Chief USDJ
HON. LAURA TAYLOR SWAIN