LISA SCOLARI<br>
Attorney at Law<br>
20 VESEY STREET, SUITE 400<br>
NEW YORK, NEW YORK 10007<br>
scolarilaw@gmail.com<br>
(212) 227-8899

June 30, 2025

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
New York, New York 10007
via ECF

**MEMO ENDORSED**

Re: **United States v. Elvio Toribio**,
23 Cr. 279 (LTS)

Your Honor:

    I write to request Court authorization for Elvio Toribio to travel to the Dominica Republic from August 13-18, 2025 to visit his grandmother who is not well. On December 17, 2024, the Court sentenced Mr. Toribio to time served and four years of supervised release with six months of home detention. Mr. Toribio has completed his period of home detention, is still working full-time and maintaining sobriety from opioids. His probation officer Alexandra Hirsch has reported that he is has been compliant with supervision and has no objection to the requested trip. The government, by James Ligtenberg, Esq., defers to probation.

    Therefore, the defense requests that the Court authorize Mr. Toribio to travel to the Dominican Republic on August 13, 20205 and return to New York on August 18, 2025. If the Court permits the trip Mr. Toribio will provide the specifics of his trip, including his address in the D.R. to his probation officer.

Respectfully,<br>
*Lisa Scolari*<br>
Lisa Scolari

SO ORDERED:

_____
HON. LAURA TAYLOR SWAIN

The foregoing request is granted. Defense Counsel and Mr. Toribio are directed to provide the details of the trip to Probation along with any additional information requested by Probation that pertains to this matter.

SO ORDERED
7/1/2025
/s/ Laura Taylor Swain, Chief USDJ